# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   RAYMOND BOLDEN                  §                   Case No.: 09-21262
                                          §
                                          §
                                          §
                                          §
                                          §
          Debtor(s)                       §
_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of
the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as
follows:

1)     The case was filed on 06/11/2009.

2)     This case was confirmed on  N/A.

3)     The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on
NA.

4)     The trustee filed action to remedy default by the debtor in performance under the plan on
NA.

5)     The case was dismissed on 09/23/2009.

6)     Number of months from filing to the last payment:  2

7)     Number of months case was pending:  6

8)     Total value of assets abandoned by court order:  NA

9)     Total value of assets exempted: $    21,750.00

10)    Amount of unsecured claims discharged without payment $       .00

11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================================
| Receipts:                                                                      |
|         Total paid by or on behalf of the debtor          $      650.00        |
|         Less amount refunded to debtor                    $         .00        |
| NET RECEIPTS                                                  $      650.00     |
==================================================================================


==================================================================================
| Expenses of Administration:                                                    |
|                                                                                |
|         Attorney's Fees Paid through the Plan             $      258.68        |
|         Court Costs                                       $         .00        |
|         Trustee  Expenses and Compensation                $       41.32        |
|         Other                                             $         .00        |
|                                                                                |
| TOTAL EXPENSES OF ADMINISTRATION                              $      300.00     |
|                                                                                |
| Attorney fees paid and disclosed by debtor                $      300.00        |
==================================================================================
```

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| GMAC MORTGAGE CORP | OTHER | NA | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 540,000.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 21,000.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 12,450.00 | 14,137.88 | 14,137.88 | .00 | .00 |
| LAKEPOINT TOWER COND | SECURED | 15,742.44 | NA | NA | .00 | .00 |
| LAKEPOINT TOWER COND | OTHER | .00 | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 17,000.00 | 30,510.73 | 30,510.73 | 350.00 | .00 |
| TOYOTA MOTOR | UNSECURED | 13,000.00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 250,000.00 | 180,826.28 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | .00 | 52,444.19 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 50,000.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 13,382.00 | 13,382.23 | 13,382.23 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 12,068.84 | 12,068.84 | 12,068.84 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,317.60 | 3,888.02 | 3,888.02 | .00 | .00 |
| HSBC | UNSECURED | 2,084.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 18,505.70 | 18,505.70 | 18,505.70 | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS TRUST & SAVIN | UNSECURED | 512.00 | NA | NA | .00 | .00 |
| AT&T ILLINOIS | UNSECURED | 1,004.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 10,494.00 | 10,684.97 | 10,684.97 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 13,314.28 | 13,246.59 | 13,246.59 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,526.00 | 1,526.52 | 1,526.52 | .00 | .00 |
| CHASE | UNSECURED | 10,000.00 | NA | NA | .00 | .00 |
| CHASE AUTOMOTIVE FIN | OTHER | .00 | NA | NA | .00 | .00 |
| CIT BANK | UNSECURED | 1,744.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 9,431.00 | 9,431.67 | 9,431.67 | .00 | .00 |
| RCN CHICAGO | UNSECURED | 1,091.31 | NA | NA | .00 | .00 |
| CCS | OTHER | .00 | NA | NA | .00 | .00 |
| FIA CARD SERCIVES | UNSECURED | 20,445.87 | 20,445.87 | 20,445.87 | .00 | .00 |
| GEMB ABT TV | UNSECURED | 5,684.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 721.00 | 721.13 | 721.13 | .00 | .00 |
| AT&T | UNSECURED | 1,217.00 | NA | NA | .00 | .00 |
| MAZDA AMER CR | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 203.41 | NA | NA | .00 | .00 |
| PROGRESSIVE INSURANC | UNSECURED | 458.00 | NA | NA | .00 | .00 |
| MEMORIAL PARK DISTRI | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| MEMORIAL PARK DISTRI | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | 4,394.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 12,705.00 | NA | NA | .00 | .00 |
| BEST INVESTMENTS | OTHER | .00 | NA | NA | .00 | .00 |
| BEST INVESTMENTS | OTHER | .00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | NA | 1,744.21 | 1,744.21 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | NA | 70,280.00 | .00 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 556.38 | 556.38 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 30,510.73 | 350.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 30,510.73 | 350.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 120,340.01 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 300.00 |
| Disbursements to Creditors | $ | 350.00 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 650.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   12/23/2009          /s/ Tom  Vaughn
                             Tom  Vaughn, Chapter 13 Trustee


**STATEMENT**      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**